74 F.3d 1227
 William Seymour v. Patty Azzara, Martin
V.
Walsh, James W. Riggs, John P. Skowronski, John J. Rice,
Bureau of Inst. Parole Services, Paul J. Descano, Director
of Bureau of Supervision, Robert E. Yerger, Bureau of
Administrative Services, Darlene E. Zelayny, Executive
Asst., Thomas A. Marshall, Division of Personnel (Director),
Ledelle A. Ingram, Affirmative Action Officer, Allen Castor,
Chairman of Parole Board, Dahle D. Binagman, Dr., (Board
Member), Gary R. Lucht, (Board
 NO. 95-1774
 United States Court of Appeals,
Third Circuit.
 Dec 18, 1995
 
 Appeal From: E.D.Pa., No. 95-01892,
 VanArtsdalen, J.
 
 
 1
 AFFIRMED.